

# Fourth Court of Appeals
## San Antonio, Texas

November 1, 2022

No. 04-22-00355-CV

**SSC WIMBERLEY OPERATING COMPANY, LLC**; Randall Morris; Bozena Mrozek;
Calvin Boutte; SavaSeniorCare Administrative and Consulting, LLC; and
SSC Equity Holdings MT, LLC,
Appellants

v.

Shellie **GOODMAN**,
Appellee

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2021CI17165
Honorable Norma Gonzales, Judge Presiding

# O R D E R

Appellants' reply brief is due on November 3, 2022.  *See* TEX. R. APP. P. 38.6(c).  Before the due date, Appellants filed an unopposed motion for a seven-day extension of time to file the reply brief.

Appellants' motion is granted; the reply brief is due on November 10, 2022.  *See id.* R. 38.6(d).

It is so **ORDERED** November 1, 2022.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ,
CLERK OF COURT